663 A.2d 641

IN THE MATTER OF FREDERICK CHUNG,
JR., AN ATTORNEY AT LAW.

September 14, 1995.

## ORDER

**FREDERICK CHUNG, JR.,** of **NEW YORK, NEW YORK,** who was admitted to the bar of this State in 1978, having pleaded guilty to receiving more than $10,000 in cash in a transaction and failing to file the report of the transaction as required by law, in violation of 26 *U.S.C.A.* 6050I and 7203, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **FREDERICK CHUNG, JR.,** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against

him, effective immediately and until the further order of this Court; and it is further

ORDERED that **FREDERICK CHUNG, JR.,** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **FREDERICK CHUNG, JR.,** comply with *Rule* 1:20–20 dealing with suspended attorneys.